
FILED
APR 15 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Beth A. Huth<br><br>Defendant(s) | Case No. 1:18- 191 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 13, 2018** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 32, C.F.R., Section 1903.10(a) | Knowingly possessing, or causing to be present on an agency installation, a weapon |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
SAUSA David A. Peters

*Complainant's signature*

Officer Michael Szczepanik
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/15/2018

*Judge's signature*

The Honorable Ivan D. Davis
*Printed name and title*

City and state: Alexandria, Virginia