

FILED
APR 15 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERCIA ) | |
| ) | Criminal No. 1:18-191 |
| v. ) | |
| ) | The Honorable Ivan D. Davis |
| BETH A. HUTH, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Officer Michael Szczepanik, being duly sworn, depose and state as follows:

1. I entered on duty with the Security Protective Service ("SPS") of the Central Intelligence Agency ("CIA") in March of 2017. I graduated from the Federal Law Enforcement Training Center ("FLETC") in October of 2017. At FLETC, I was a member of Uniformed Police Training Program Class #716. Following my graduation, I received an additional eight weeks of CIA-specific training prior to being assigned as an officer at the CIA Headquarters in McLean, Virginia.

2. This affidavit is being submitted in support of a criminal complaint charging BETH A. HUTH with knowingly possessing or causing to be present a weapon on an Agency installation, in violation of 32 C.F.R. § 1903.10(a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other physical evidence obtained during the investigation.

4. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the Government.

5. On Friday, April 13, 2018, at approximately 5:05 p.m., a white Kia Soul entered CIA property located at its Headquarters in McLean, Virginia, and approached the main entrance. During this time, the vehicle drove past a sign which read in relevant part:

"PROHIBITED

WEAPONS OF ANY KIND

FIREARMS AND AMMUNITION".

6. In addition to other signage, the vehicle drove past two signs which stated "Restricted Area" and "Turn Around[.]" These signs were posted adjacent to two separate turnaround areas permitting individuals who were on the compound without authorization to make a U-turn and exit the compound.

7. Upon reaching the main entrance, SPS Officer James Trotter made contact with the driver of the vehicle, later identified by her Virginia driver's license as BETH A. HUTH. Officer Trotter asked her to produce a badge that would permit entry onto the compound. She was unable to do so. Instead, the driver produced to Officer Trotter a handwritten note. Officer Trotter handed the note to me, and I directed the driver to take an immediate right, drive into the parking lot behind the Visitor Control Center a few feet away, and stop the vehicle.

8. I asked the driver if she was able to speak, and she nodded her head up and down so as to indicate "yes." I asked the driver if there was anything illegal in the car, after which time she nodded her head up and down so as to indicate "yes" and began to reach for a black handbag resting on the passenger seat. I ordered her to stop reaching for the handbag and leave her hands

where I could see them. I asked her to write what she was searching for, and the driver wrote "GUN."

9. I looked inside the handbag and found a loaded 9 mm pistol with four rounds of ammunition in the magazine and one round of ammunition in the chamber. The safety mechanism for the loaded weapon was not engaged. The handbag also contained a second magazine with five rounds of ammunition.

10. The vehicle contained directions printed from a website that instructed how to drive from a location in Ohio to "Langley, McLean, Virginia."

11. Based on the forgoing, I believe there is probable cause to conclude that on or about April 13, 2018, within the Eastern District of Virginia, BETH A. HUTH, did knowingly possess or cause to be present a weapon on an Agency installation, in violation of 32 C.F.R. § 1903.10(a).

Officer Michael Szczepanik
Security Protective Service
Central Intelligence Agency

Sworn and subscribed to before me the 15 day of April, 2018.

The Honorable Ivan D. Davis
United States Magistrate Judge
Eastern District of Virginia